IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *Cg* D.C.

05 JUL 20 PM 4: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.

NO. 03-20233-Ma

JANELL CAGE,

    Defendant.

---

ORDER RESETTING RE-SENTENCING DATE

---

Before the court is the defendant's July 11, 2005, motion to reset the re-sentencing of Janell Cage, which was set for July 14, 2005.  For good cause shown, the motion is granted.  The sentencing of defendant Janell Cage is **reset to Wednesday, August 17, 2005, at 10:00 a.m.**

It is so ORDERED this 20th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-21-05

101

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CR-20233 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT